Roman Catholic Church of Porto Rico, Plaintiff and Appellee, v. Juan Monclova-Martínez, Defendant and Appellant.

No. 4314. Argued February 23, 1928.—Decided March 6, 1928.

Luis Freyre Barbosa for the appellant. Manuel Tous Soto for the appellee.

Mr. Justice Aldrey delivered the opinion of the court.

The appellee failed to amend its complaint within the time granted by the lower court and on motion of the defendant judgment was entered against the plaintiff for failure to prosecute its action. This judgment has been appealed

from by the defendant because the court did not impose the costs on the plaintiff and he cites in support of his appeal section 192 of the Code of Civil Procedure.

There is no provision in section 192 of the Code of Civil Procedure imposing on the court the duty of necessarily taxing the costs against the plaintiff for failing to prosecute an action which was dismissed for abandonment.

The judgment appealed from must be affirmed.